IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK GILBERT RIMBERT, individually
and as Personal Representative of the Estates
of GILBERT JOHN RIMBERT, and
OLIVIA ACOSTA RIMBERT, deceased,

      Plaintiff,

vs.                                    No. CIV 06-874 JB/LFG

ELI LILLY AND COMPANY,

      Defendant.

**ORDER**

      **THIS MATTER** comes before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed February 21, 2007 (Doc. 5) ("JSR and PDP"), the Joint Motion to Extend Pre-Trial Case Management Deadlines, filed July 24, 2007 (Doc. 12), Plaintiff's Motion to Extend Pretrial Deadlines, filed September 24, 2007 (Doc. 14), and the Joint Motion to Extend Pre-Trial Case Management Deadlines, filed December 3, 2007 (Doc. 15) ("the motions").

      **IT IS ORDERED** that the Joint Status Report and Provisional Discovery Plan are adopted by the Court and the motions are granted.

      **FURTHER**, a motion hearing on all pending motions is scheduled on May 22, 2008 at 9:00 a.m., a Pretrial Conference is scheduled on June 2, 2008 at 9:00 a.m., and the Jury Selection/Jury Trial is scheduled on a trailing docket commencing June 16, 2008 at 9:00 a.m.  The Plaintiff shall provide the Pretrial Order to the Defendant by May 27, 2008, and the Defendant shall provide the Pretrial Order to the Court by May 30, 2008.

_____
UNITED STATES DISTRICT JUDGE